# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144925

LAURIE MARBLE,
        Petitioner-Appellant,

v

CIVIL SERVICE COMMISSION,
        Respondent-Appellee.

SC: 144925
COA: 305853
Ingham CC: 11-000218-AA

_____/

      On order of the Court, the application for leave to appeal the February 29, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2012

_____
Clerk

d0919